**Tillman Golden, Plaintiff-Appellee, v. Raymond Joseph, d/b/a 901 Club, Defendant-Appellant.**

Gen. No. 67–80.

Third District.

June 28, 1968.

Knoblock & Ott, of Peoria, for appellant; James A. Cummings, of Peoria, for appellee. Opinion by JUSTICE SCHEINEMAN, Judge, presiding. **Not to be published in full.**